UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

L.T., a minor, by and through his parents and : 
natural guardians David Tomasi and Livija :
Mujkanovic; DAVID TOMASI, individually; :
and LIVIJA MUJKANOVIC, individually, :
:
    Plaintiffs, :
:
v. :   Case No. 2:25-cv-454
:
WALMART INC.; WAL-MART STORES :
EAST, L.P.; WAL-MART REAL ESTATE :
BUSINESS TRUST, :
:
    Defendant. :

## ORDER

On or before February 6, 2026, the parties shall jointly prepare and file a discovery schedule in compliance with Local Rule 26(a)(3) and (4). Failure to do so may constitute a waiver of the need for discovery and the case may be placed on the trial list.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 20th day of January, 2026.

                                      Christina Reiss, Chief Judge
                                      United States District Court